IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF MISSOURI
WESTERN DIVISION

| | |
|---|---|
| GREGORY K. SMITH, | ) |
| Plaintiff, | ) ) ) |
| v. | ) Case No. 06-0142-CV-W-NKL-SSA |
| JO ANNE BARNHART, Commissioner of Social Security | ) ) ) ) |
| Defendant. | ) ) ) |

## CLERK'S JUDGMENT

☐ Jury Verdict. This action came before the Court for a trial by jury.

XX Decision by Court. This action came to trial or hearing before the Court. The issues have been determined and a decision has been made.

IT IS ORDERED AND ADJUDGED that pursuant to the Order entered by the Honorable Nanette K. Laughrey on October 3, 2006, Plaintiff's Motion for Summary Judgment [Doc. # 7] is DENIED. The Decision of the ALJ is AFFIRMED.

                                        AT THE DIRECTION OF THE COURT

Dated: October 3, 2006                  P.L. BRUNE

                                        Clerk

                                        s/ RENEA KANIES
                                        By: Renea Kanies, Courtroom Deputy